UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY CLAY KING,
    Plaintiff,
    v.
SF SHERIFFS,
    Defendant.

Case No. 18-cv-07380-WHO

**ORDER DISMISSING CASE**

On January 24, 2019, I dismissed plaintiff's complaint for failure to state a claim, explaining in detail the problems with the complaint, and required plaintiff to file an amended complaint curing those problems by February 25, 2019. I warned plaintiff that if he did not file an amended complaint by February 25, 2019, this case would be dismissed for failure to prosecute. Dkt. No. 5.

As of today's date, plaintiff has not filed an amended complaint or otherwise communicated with the Court. Therefore, this case is DISMISSED without prejudice for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: March 8, 2019

William H. Orrick
United States District Judge